**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

NAVA MCBEE, on behalf of herself and all
others similarly situated,

                Plaintiffs,

v.

KNEW CONSCIOUS COLLECTIVE INC.
and LEAH HAGEMANN,

                Defendants.

**Case No.: 1:26-cv-00375-DDD-NRN**

**[Proposed] ORDER FOR SUBSTITUTE
SERVICE ON DEFENDANTS**

Having reviewed the Plaintiff's Motion for Substitute Service pursuant to Rule 4 of the Federal Rules of Civil Procedure and Rule 4 of the Colorado Rules of Civil Procedure, and related submissions, the Court hereby ORDERS that the time for Plaintiff to serve the Defendants is extended for sixty (60) days, and that service upon Defendants Knew Conscious Collective Inc. and Leah Hagemann (collectively hereinafter "Defendants"), be deemed complete upon the effectuation of the following:

1. Emailing a copy of the summons and complaint to Defendants' counsel, greg@creerlawoffice.com.

2. Mailing a copy of the summons and complaint to Defendants at the above addresses at which service was attempted: 2350 Lawrence Street Denver, CO 80205.

Plaintiff's counsel shall file a certificate of service toward that end on or before _____, 2026. The deadline for service pursuant to Rule 4 is also extended accordingly.

SO ORDERED this _____ day of _____, _____.

_____
DANIEL D. DOMENICO
UNITED STATES DISTRICT JUDGE