| Attorney or Party without Attorney:<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>Telephone No: 718-412-2421 | | For Court Use Only |
|---|---|---|
| Attorney for: **Plaintiff(s)** | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br> In The United States District Court For The District Of Colorado | | |
| Plaintiff(s): Nava McBee | | |
| Defendant: Knew Conscious Collective Inc., et al. | | |

| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>26CV00375DDD |
|---|---|---|---|---|

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of case assignment; USMJ Consent Form; Order Referring Case to Magistrate Judge;  Scheduling Order; Plaintiff's motion for extension of time; Proposed Order; Order Referring Motion

3.  a. *Party served:*                    Knew Conscious Collective, Inc.
    b. *Person served:*                   Leah Hagemann, Agent, Caucasian, Female, 40 Years Old, Black Hair, Brown Eyes, 5 Feet 5 Inches, 100 Pounds

4.  *Address where the party was served:*     Colorado Secretary of State
                                              1700 Broadway, Suite 550
                                              Denver, CO 80290

5.  I served the party:
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Jun. 09, 2026 (2) at: 1:58PM

7. **Person Who Served Papers:**                    *Fee for Service:*
    a. Patrick  Owen
    b. **Class Action Research & Litigation**
       P O Box 740
       Penryn, CA  95663
    c. (916) 663-2562, FAX (916) 663-4955

8.  *I declare under penalty of perjury under the laws of the State of COLORADO and under the laws of the United States Of America that the foregoing is true and correct.*

AFFIDAVIT OF SERVICE
Summons/Complaint                                     (Patrick  Owen)

emkat.299634