| Attorney or Party without Attorney:<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>Telephone No: 718-412-2421 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff(s) | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>In The United States District Court For The District Of Colorado | | |
| Plaintiff(s): Nava McBee | | |
| Defendant: Knew Conscious Collective Inc., et al. | | |

| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>26CV00375DDD |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of case assignment; USMJ Consent Form; Order Referring Case to Magistrate Judge; Scheduling Order; Plaintiff's motion for extension of time; Proposed Order; Order Referring Motion

3. a. Party served:      Leah Hagemann
   b. Person served:      Leah Hagemann, Agent, Caucasian, Female, 40 Years Old, Black Hair, Brown Eyes, 5 Feet 5 Inches, 100 Pounds

4. Address where the party was served:      1153 Portland Place, Apt 2
   Boulder, CO 80304

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Jun. 09, 2026 (2) at: 1:58PM

7. **Person Who Served Papers:**      Fee for Service:
   a. Patrick Owen
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. I declare under penalty of perjury under the laws of the State of COLORADO and under the laws of the United States Of America that the foregoing is true and correct.

**AFFIDAVIT OF SERVICE**
**Summons/Complaint**

(Patrick Owen)

emkat.299638
