IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 26-cv-00375-DDD-NRN          Date:  August 4, 2026
Courtroom Deputy: Román Villa                        FTR:  Courtroom A401

| _Parties:_ | _Counsel:_ |
|---|---|
| NAVA MCBEE, on behalf of herself and all others similarly situated, | Emanuel Kataev |
| Plaintiff, | |
| v. | |
| KNEW CONSCIOUS COLLECTIVE INC. and LEAH HAGEMANN, | Gregory Creer |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**10:02 a.m.    Court in session.**

Court calls case. Appearances of Counsel.

This matter is before the court pursuant to a minute order setting a status conference.

Discussion held regarding case status.

For the reasons stated on the record, the Court will not enter a scheduling order today. The Court will recommend that this matter be consolidated with _Barlow v. Knew Conscious Collective, Inc. et al_, Case No. 1:25-cv-03554-SKC-SBP.

**10:11 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:09

\*To order transcripts of hearings, please contact either Patterson Transcription Company at 303-815-0487 or by email at scheduling@pattersontranscription.com, or AB Litigation Services at 303-629-8534.