**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:25-cv-3554 (SKC) (SBP)**

JEFFREY BARLOW, on behalf of himself and all others similarly situated,

Plaintiff,

v.

KNEW CONSCIOUS COLLECTIVE INC. and LEAH HAGEMANN,

Defendants.

---

**Civil Action No. 1:26-cv-375 (DDD) (NRN)**

NAVA MCBEE, on behalf of herself and all others similarly situated,

Plaintiff,

v.

KNEW CONSCIOUS COLLECTIVE INC. and LEAH HAGEMANN,

Defendants.

---

**DECLARATION OF EMANUEL KATAEV IN SUPPORT OF PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**

---

Emanuel Kataev, Esq., declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney admitted to practice before this Court and a member of Sage Legal LLC, counsel for Plaintiff Jeffrey Barlow (hereinafter "Barlow") and Plaintiff Nava McBee (hereinafter "McBee") (collectively hereinafter the "Plaintiffs") in the above-captioned actions.

2. I make this declaration on personal knowledge and on my review of the files maintained by my firm, in support of Plaintiffs' Response to the Court's Orders to Show Cause entered October 23, 2026 (Barlow Docket Entry 23; McBee Docket Entry 16).

3. As of the date of this declaration, Defendants Knew Conscious Collective Inc. (hereinafter "KCC") and Leah Hagemann (hereinafter "Hagemann") (collectively hereinafter the "Defendants") have not answered either complaint, no scheduling order has been entered in either action, and no discovery has been exchanged in either action, because Defendants' motions to dismiss remain pending (Barlow Docket Entries 16-18, 20; McBee Docket Entries 9-11).

4. No party has filed a motion to consolidate under D.C.COLO.LCivR 42.1, and, although the Hon. N. Reid Neureiter, U.S.M.J. ("Judge Neureiter") stated at the August 4, 2026 telephonic status conference in the McBee Action that he would recommend consolidation, no written recommendation was entered before the McBee Action was reassigned on August 5, 2026 (McBee Docket Entries 13-14).

5. I represented Barlow in proceedings before the Colorado Department of Labor and Employment, Division of Unemployment Insurance, Appeals Branch, under Docket Nos. 34970-2024 and 34973-2024, which were heard by Hearing Officer Musselman on or about February 25, 2025 and March 19, 2025, and in which KCC was represented by its present counsel.

6. Those proceedings concerned Barlow alone; McBee was neither a party nor a witness.

7. Annexed hereto as **Exhibit "1"** is a true and correct copy of the Hearing Officer's Decision in Docket No. 34973-2024, mailed April 4, 2025, which determined that Barlow's services constituted covered employment under C.R.S. § 8-70-115.

8. Annexed hereto as **Exhibit "2"** is a true and correct copy of the Hearing Officer's Decision in Docket No. 34970-2024, mailed March 28, 2025, which modified the deputy's decision as to the citation of law but otherwise affirmed the deputy's award of benefits to Barlow.

9. At the CDLE hearing, Hagemann testified on behalf of KCC that Barlow had been converted to an independent contractor paid a flat rate, and made accusations of financial impropriety against Barlow personally, including as to reimbursements and business records, all of which Barlow denies.

10. I have not conferred with Defendants' counsel regarding Defendants' position on consolidation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 30, 2026, in Great Neck, New York.

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2026, I electronically filed the foregoing Declaration of Emanuel Kataev and its exhibits in each of the above-captioned actions with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including the following:

Gregory R. Creer, Esq.
CREER LAW LLC
greg@creerlawoffice.com

Attorneys for Defendants

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.